# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2719
_____

GERNOT GREINER,

Appellant,

v.

GEORGINA RITA DE CAPRI,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

October 3, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gernot Greiner, pro se, Appellant.

A. Richard Troell of Ward & Ketchersid, P.A., Destin, for Appellee.